**Order entered November 10, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-15-00475-CR**
**No. 05-15-00476-CR**

**EUGENE ANTHONY LYNCH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-51985-Q, F14-000063-Q**

## ORDER

The Court has before it appellant's pro se motion to compel the trial court for production of records and documents under the Michael Morton Act. Appellant's attorney filed a motion to withdraw as counsel and an *Anders* brief in support of the motion. Appellant's response to the motion is due by December 23, 2015. Appellant has been provided the trial court record and may not raise issues outside of the record. Accordingly, we **DENY** appellant's November 9, 2015 pro se motion.

On September 29, 2015, we ordered the trial court to file certifications of appellant's right to appeal from the hearing on the motions to adjudicate guilt within ten days. To date, we

have not received the certifications, nor have we received any correspondence regarding the status of those certifications.

Accordingly, we **ORDER** the Honorable Tammy Kemp, Presiding Judge of the 204th Judicial District Court, to file the certifications of appellant's right to appeal from the hearing on the motions to proceed to adjudication of guilt by **WEDNESDAY, NOVEMBER 18, 2015**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tammy Kemp, Presiding Judge, 204th Judicial District Court and to counsel for all parties.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Eugene Lynch, TDCJ No. 623845, Neal Unit, 9055 Spur 591, Amarillo, Texas 79107.

/s/     ADA BROWN
        JUSTICE